AGNES ADAMS, Respondent, v. EMMETT C. DAVISON, as General Treasurer of the Grand Lodge of the International Association of Machinists, Appellant.—

Assuming, without deciding, that the defendant labor organization, which conferred disability and death benefits upon its members, was engaged in business in this State, the papers do not show that the person upon whom the summons and complaint were served was in charge of any business in which defendant was engaged, as required by section 229-b of the Civil Practice Act. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

MAX J. ANNENBERG et al., Appellants, v. FIFTY COURT STREET, INC., Respondent.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

EDNA BARTELL et al., Appellants, v. SENTINEL CAB CO., INC., Respondent, Impleaded with Another.—

No opinion. Appeal from original order dismissed, without costs. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

FRANK A. BOGGIANO, Appellant, v. LAURA BOGGIANO, Respondent.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. PETER PUGLISI, Appellant.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.